# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ERIC DAVID RIDLEY | | |
| **Case Number:** | 2:09-BK-15073-RTBP | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 28, 2009 09:00 AM   PRESCOTT | | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | | |

## Matter:

STATUS HEARING IN RE: CHAPTER 11 CASE

**R / M #:**   1 / 0

## Appearances:

IRENA MAKEETA JURAS, ATTORNEY FOR ERIC DAVID RIDLEY

## Proceedings:

Ms. Juras reviewed this case for the Court, addressing the pending appeal that she believes will take one year.

COURT:  IT IS ORDERED DIRECTING THE DEBTOR TO FILE A PLAN AND DISCLOSURE STATMEENT BY DECEMBER 15, 2009.