**SO ORDERED.**

**Dated: October 22, 2009**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Irena Makeeta Juras (Bar #020201)
**JURAS LAW FIRM, PLC**
7150 E. Camelback Road, Suite 444
Scottsdale, AZ 85251
Phone: (480) 425-2009
Fax: (480) 452-1640
E-mail: Irena@JurasLaw.com
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERIC D. RIDLEY,<br><br>Debtor. | CHAPTER 11<br><br>Case No. 2:09-bk-15073-RTB<br><br>**ORDER ALLOWING SALE OF REAL PROPERTY FREE AND CLEAR OF ANY INTERESTS** |

Upon consideration of the Debtor's Motion For Order Allowing Sale Of Real Property Free And Clear Of Any Interests (the "Motion"), the Motion seeking to sell the real property located at 2315 N. East Street, Flagstaff, Arizona 86004 (the "Property") to Daniel N. Crosby ("Buyer"), free and clear of all interests, for the sum of $190,120.00 ("Purchase Price"), no objections to the Motion having been filed, the Court finding that notice of the expedited hearing on the Motion to all parties on the Debtor's Master Mailing List was appropriate notice under the circumstances of this case, after hearing on the Motion, and good cause appearing,

**IT IS ORDERED** approving the Motion and authorizing the Debtor's sale of the Property to Buyer for a total purchase price of $190,120.00 under the terms of the Residential Resale Real Estate Purchase Contract attached to the Motion.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 363(f), the sale is approved free and clear of all claims, liens, adverse interests, and encumbrances, all such claims, liens, adverse interests, and encumbrances to automatically attach to the proceeds of the sale in the same effect and priority as they had to the Property.

**IT IS FURTHER ORDERED** that the following payments are authorized at closing from the sale's proceeds:

    (i)    Ordinary and necessary costs of sale, including pro-rated real estate taxes;

    (ii)    Capital gains tax;

    (iii)    Payment to all valid lien and interest holders (if any), and

    (iv)    Real estate commission in the amount of six percent (6%) to Re/Max Peak Properties and Nancy Branham, the Court approved real estate broker.

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. § 363, the Debtor is authorized to use the sale proceeds to pay the following post-petition expenses: property taxes due on real estate properties of the Debtor, real estate insurance, deferred maintenance on real properties, winter furnace emergency replacement, emergency winter repairs, necessary medical expenses of the Debtor and his family, tax preparation services for the year 2009, and cost or registering and taking the California Bar Exam.

**IT IS FURTHER ORDERED** that pursuant to and in accordance with Bankruptcy Rule 6004(h), this Order shall be immediately effective upon entry.

**DATED AND SIGNED ABOVE.**