Irena Makeeta Juras (Bar #020201)
**JURAS LAW FIRM, PLC**
7150 E. Camelback Rd, Ste 444
Scottsdale, AZ 85251
Phone: (480) 425-2009
Fax: (480) 452-1640
E-mail: Irena@JurasLaw.com

Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | CHAPTER 11 |
|---|---|
| ERIC D. RIDLEY, | Case No. 2:09-bk-15073-RTB |
| Debtor. | **ORDER APPROVING FIRST APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY SPECIAL COUNSEL FOR THE DEBTOR** |

**APPLICATION PERIOD:   July 1, 2009___  THROUGH__ October 31, 2009___**

Upon consideration of the First Application for Compensation of Fees and Reimbursement of Costs by Special Counsel for the Debtor, Law Offices of Jeffrey V. Mehalic (the "Application"), all parties in interest having been provided with notice of the Application and an opportunity for hearing thereon, there being no objections thereto and other good cause appearing,

**IT IS HEREBY ORDERED:**

Granting the Application and allowing Law Offices of Jeffrey V. Mehalic fees for the Application Period in the amount of **$12,000.00** and cost reimbursement of **$1,225.70** for a total of **$13,225.70**;

1

The Law Offices of Jeffrey V. Mehalic to apply any pre-petition retainer it is holding to satisfy the approved fees and costs.

**DATED AND SIGNED ABOVE.**