Irena Makeeta Juras (State Bar #020201)
**JURAS LAW FIRM, PLC**
7150 E. Camelback Road, Suite 444
Scottsdale, AZ 85251
Phone: (480) 425-2009
Fax: (480) 452-1640
E-mail: Irena@JurasLaw.com

Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERIC D. RIDLEY,<br><br>         Debtor. | CHAPTER 11<br><br>Case No. 2:09-bk-15073-RTB<br><br>**MOTION TO DISMISS CASE** |

Eric D. Ridley (the "Debtor"), through and by his undersigned counsel, pursuant to 11 U.S.C. § 1112, hereby requests that this Court enter an order dismissing his Chapter 11 case. The dismissal is in the best interest of his creditors. The Debtor has reached a settlement with his largest creditor Allison Williams resolving her $7.2 million claim. The Debtor will pay all of his remaining unsecured debts in full within thirty (30) days of entering the order dismissing the case. The debtor is current on all his payments to secured creditors.

WHEREFORE, the Debtor requests that the Court enter an Order dismissing this case.

DATED this March 16, 2010.

                                            JURAS LAW FIRM, PLC

                                            */s/ Irena Makeeta Juras*
                                            Irena Makeeta Juras
                                            7150 E. Camelback Rd, Ste 444
                                            Scottsdale, AZ 85251
                                            Counsel for Debtor

| | |
|---|---|
| 1 | COPY of the foregoing sent via electronic notification |
| 2 | this 16th day of March, 2010, to: |
| 3 | MARK BOSCO on behalf of Creditor C/O MARK S. BOSCO Wells Fargo Bank, N.A. |
| 4 | ecf@tblaw.com |
| 5 | MARVIN C. RUTH on behalf of Creditor Williams<br>mruth@lrlaw.com, mschoeni@lrlaw.com;dgarrett@lrlaw.com |
| 6 | |
| 7 | LARRY LEE WATSON on behalf of U.S. Trustee U.S. TRUSTEE<br>larry.watson@usdoj.gov |
| 8 | U.S. TRUSTEE |
| 9 | USTPRegion14.PX.ECF@USDOJ.GOV |